**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Charles M. Garten, Jr., Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-001262

Appeal From Colleton County
Gerald C. Smoak, Jr., Family Court Judge

Unpublished Opinion No. 2016-UP-510
Submitted November 10, 2016 – Filed December 8, 2016

**AFFIRMED**

Lyn Howell Hensel, of Law Office of Lyn Howell Hensel, of Columbia, for Appellant.

Jillian D. Ullman, of South Carolina Department of Social Services, of Walterboro, for Respondent.

Gregory Michael Galvin, of Galvin Law Group, of Beaufort, for the Guardian ad Litem.

**PER CURIAM:**  Charles M. Garten, Jr. appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Garten's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.